Gregory G. Skordas (#3865)
Gabriela Mena (#17087)
SKORDAS & CASTON, LLC
560 South 300 East, Suite 225
Salt Lake City, UT 84111
Telephone: (801) 531-7444
Facsimile: (801) 665-0128
Attorneys for Defendant
gskordas@schhlaw.com
gmena@schhlaw.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, Plaintiffs, v. KONSTANIN TOMLIN, Defendant. | **SUBSTITUTION OF COUNSEL** <br><br> Case No. 2:19-cr-00394 <br><br> JUDGE DEE BENSON <br> MAGISTRATE JUDGE ROMERO |
|---|---|

The undersigned, Gregory G. Skordas, attorney at law, hereby enters his substitution of counsel for Julie George, on behalf of the Defendant, Konstanin Tomlin, in the above-captioned matter and requests that any further correspondence be properly directed to counsel for the defendant at the address as stated above.

DATED this 25th day of March 2020.

SKORDAS & CASTON, LLC

*/s/Gregory G. Skordas*
Gregory G. Skordas

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2020, I electronically filed a true and correct copy of the foregoing SUBSTITUTION OF COUNSEL, with the Clerk of the Court using CM/ECF system, which sent notification of such filing to the following:

Kevin L. Sundwall
US Attorney

Jamie Thomas
US Attorney

Lake Dishman
US Attorney

*/s/ StaceyRamirez-Legal Secretary*
SKORDAS & CASTON, LLC
