Stephen R. McCaughey - 2149
9 Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 364-6474
Fax: (801) 364-5014
Email: stephen@stephenrmccaughey.com

*Attorney for Konstanin Mikhaylovich Tomlin*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KONSTANIN MIKHAYLOVICH TOMILIN,<br><br>Defendant. | **DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**<br><br><br>Case No.   2:19-CR-00394-RJS-DBP-3<br><br>Judge Robert J. Shelby<br>Magistrate Judge Cecilia M. Romero |

Konstanin Mikhaylovich Tomilin, through his attorney of record, moves this Court to modify his conditions of release to allow him to travel with his wife to Blackrock, Nevada from August 27, 2023 until September 5, 2023 to attend the Burning Man Festival. He and his wife would rent an R.V. and stay in that during the trip to Blackrock. Mr. Tomilin has not had any violations of his pre-trial release conditions for over two years and has no history of drug or alcohol use. Additionally, he is willing to wear a GPS bracelet during this trip if the Court deems it appropriate.

Mr. Tomilin has previously been allowed to travel multiple times while on release. He went to California two separate times to take his wife and children to the airport. More recently, he was allowed to travel to Florida for a vacation with his family. There have been no violations of his release conditions during either of these trips.

DATED this 9th day of June, 2023.

/s/ Stephen R. McCaughey
STEPHEN R. MCCAUGHEY
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

United States Attorney's Office
Via ECF

*/s/ Kristin McCaughey*